UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| CHRISTINE LEVINSON et al., | |
|---|---|
| Plaintiffs | 21 Civ. 4795 (LAP) |
| -against- | ORDER |
| CITIBANK N.A., | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Clerk of Court is respectfully directed to unseal this case. The Clerk of Court further shall restrict viewing for the documents specified in the Court's June 18, 2021 sealed order to parties' access only.

**SO ORDERED.**

Dated: New York, New York
July 1, 2021

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge