UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE LEVINSON et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITIBANK N.A., <br><br> Defendant. | 21 Civ. 4795(LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Counsel for Citibank shall respond to Plaintiffs' letter of July 13, 2020 (dkt. no. 28) no later than July 16. Any other interested party may respond at the same time. Counsel shall appear for a conference on July 20, 2021 at 2:00 p.m. in Courtroom 12A at 500 Pearl Street. A representative of the Marshals Service may attend as well.

**SO ORDERED.**

Dated: New York, New York
July 14, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge

1