UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE LEVINSON et al.,<br><br>                Plaintiffs<br><br>    -against-<br><br>CITIBANK N.A.,<br><br>                Defendant. | 21 Civ. 4795 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The hearing scheduled for July 27, 2021 at 2 p.m. will be held in Courtroom 12A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public also may dial in using the following listen-only teleconference line: (877) 402-9753, Code: 6545179.

**SO ORDERED.**

Dated:    New York, New York
            July 26, 2021

                                                    _/s/ Loretta A. Preska_
                                                    LORETTA A. PRESKA
                                                    Senior United States District Judge