UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE LEVINSON, et al.,

           Plaintiffs,

-against-

CITIBANK, N.A.,

           Defendant.

No. 21-CV-4795 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Viewing Level for access to the Court's Order dated January 31, 2022 (dkt. no. 74) is restricted to the parties and court personnel.

**SO ORDERED.**

Dated:    January 31, 2022
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge