UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| LEVINSON, et al., | |
|---|---|
| Plaintiffs, | No. 21-CV-4795 (LAP) |
| -against- | ORDER |
| CITIBANK, N.A., | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of counsels' letters.  (Dkt. nos. 148, 149.)

    Counsel shall confer and report to the Court no later than April 30, 2023.  If there is not substantial progress in obtaining consents of KFH Malaysia's customers for disclosure of the requested information, the Court will consider setting a deadline for such disclosures.

**SO ORDERED.**

Dated:    March 30, 2023
           New York, New York

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA
Senior United States District Judge