```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| CHRISTINE LEVINSON, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITIBANK, N.A., <br><br> Defendant. | 21-cv-4795 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is the request of Plaintiffs and KFH Malaysia to remove the proposed Intervenors and their counsel from the docket sheet. (Dkt. no. 151.) The proposed intervenors shall inform the Court by letter no later than April 5 if they object.

The Clerk of the Court shall restrict the viewing level of this Order to the parties in the Related Cases and Court personnel.

**SO ORDERED.**

Dated:    March 31, 2023
          New York, New York

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge