UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE LEVINSON, as Conservator of the ESTATE AND PROPERTY OF ROBERT LEVINSON, CHRISTINE LEVINSON, SUSAN LEVINSON BOOTHE, STEPHANIE LEVINSON CURRY, SARAH LEVINSON MORIARTY, SAMANTHA LEVINSON, DANIEL LEVINSON, DAVID LEVINSON, and DOUGLAS LEVINSON,

Plaintiffs,

v.

CITIBANK, N.A.,

Defendant.

Civil Action No. 21-cv-4795

### ORDER APPROVING WITHDRAWAL OF COUNSEL

The Motion for Withdrawal of Appearance of Mayer Brown LLP (Mark G. Hanchet, Christopher J. Houpt, and Robert W. Hamburg), Counsel to Intervenor Defendant Kuwait Finance House (Malaysia) Berhad, pursuant to Local Civil Rule 1.4, is hereby **GRANTED**.

**SO ORDERED.**

Dated: October 31, 2024

_____
Hon. Loretta A. Preska, U.S.D.J.