UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| CHRISTINE LEVINSON, et al., | |
|---|---|
| Plaintiffs, | 21-CV-4795 (LAP) |
| -against- | ORDER |
| CITIBANK, N.A., | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of Court is respectfully directed to seal docket entry 256.

**SO ORDERED.**

Dated:    November 12, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1